FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 OCT 29 AM 11: 04
CLERK M. A. Hill
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| ALONZO MOREFIELD, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV607-054 |
| STEVE DUPREE, et al., | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ____ day of _____, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA