AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ALONZO MOREFIELD, JR.
          Plaintiff

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV607-054

STEVE DUPREE, et al.,
          Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of October 29, 2007, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the Court; Judgment is hereby entered Dismissing the case. This action stands closed.

10/29/2007
*Date*

Scott L. Poff
*Clerk*

_Mary Ann Hill_
(By) Deputy Clerk